UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                              PLAINTIFF

vs.                                                                      CRIMINAL ACTION NO. 3:10CR-82-S

SHAWN BRAMLETT , et.al.                                                                              DEFENDANT

## ORDER

Upon motion of the United States to correct mistakes made in the description of the maximum penalties authorized by law for offenses charged in Counts 1 and 2 of the above-styled Superseding Indictment, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that penalty page be corrected to reflect that the maximum penalties for both Counts 1 and 2 of the above-styled Superseding Indictment are as follows: not more than 30 years imprisonment; a fine not to exceed $1,000,000, or both; and not more than five years supervised release.

March 1, 2012

.

Charles R. Simpson III, Judge
United States District Court