January 17, 2013

The Honorable Charles Simpson, III
United States Federal District Court
Louisville, Kentucky

Honorable Simpson,

I wanted to write you in regards to my relationship with Kyle Kark. I have known Kyle for almost four years now through my business relationship with him as a building products manufacturing sales manager. Working with Kyle in the business world has been has been a pleasure on many levels. He's an extremely honest, disciplined, passionate, hard working and makes sure he leads his staff by example, integrity and dedication to his company's goals. I have conducted many sales meetings and trainings with Kyle and he is one of the best sales trainers in this industry because of his passion, energy and dedication. I am impressed by Kyle's ability to lead a sales staff through hard work while also caring about their personal lives and well being. My relationship with Kyle in the building products and construction industry has been nothing but positive. I also hear nothing but extremely high remarks about Kyle and his ability to lead a sales staff. I have never seen Kyle put himself in a negative situation while working with him for almost four years. I look forward to continuing my relationship with Kyle in this industry as well as outside the industry.

Sincerely,

Eric Bohner
National Sales Manager
Liners Direct – Roselle, IL.